IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THOMAS TEWEIA | : | NO. 2007-754-5 |

O R D E R

AND NOW, this **17th day** of **March, 2008**, it is **Ordered** that the following motions are **DENIED as moot**.

1) The government's motion, **docket entry #52**, to admit tape recordings.

2) The defendant's motion, **docket entry #53**, for an extension of time to file pre-trial motions.

3) The defendant's first motion, **docket entry #77**, for joinder in co-defendants' motions.

4) The defendant's unopposed motion, **docket entry #80**, to continue.

5) The government's motion, **docket entry #82**, for an extension of time to file pre-trial motions, voir dire and jury instructions.

ATTEST:                         or       BY THE COURT

BY: _____              _____
    Deputy Clerk                         Judge
XC: SPEEDY TRIAL
Copies ECMF on _____ to:               Copies mailed on 03-17-2008 to:
                                         Thomas Teweia, pof.T.#5